# Court of Appeals
# of the State of Georgia

ATLANTA, May 20, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0365. AYASHA S. HANIF v. USAA/GARRISON PROPERTY AND CASUALTY COMPANY.

Ayasha S. Hanif brought a personal injury action against USAA/Garrison Property and Casualty Company ("Garrison"), as her uninsured motorist carrier. When Garrison failed to file an answer or responsive pleading, the trial court entered a default judgment. Garrison filed a motion to set aside the default judgment , which the trial court granted on March 28, 2025. Here, Hanif seeks to appeal the trial court's order granting Garrison's motion to set aside. We, however, lack jurisdiction.

"The *grant* of a motion to set aside a default judgment . . . leaves the case pending in the trial court below and is not a final judgment." *Laff Lines, Ltd. v. Dimauro*, 186 Ga. App. 24, 25 (366 SE2d 375) (1988) (emphasis in original); see also *Guy v. Roberson*, 214 Ga. App. 391, 392 (1) (448 SE2d 60) (1994). Thus, Hanif was required to follow the interlocutory appeal procedure outlined in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court and applying to this Court for permission to appeal. See *Guy*, 214 Ga. App. at 392 (1). And Hanif's filing of an application for a discretionary appeal does not excuse her from complying with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See *Eidson v. Croutch*, 337 Ga. App. 542, 543 (788 SE2d 129) (2016).

Accordingly, Hanif's failure to follow the interlocutory appeal procedure

deprives this Court of jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*   05/20/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*